**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED VAN LINES, L.L.C., | No. CV05-3378-PHX-JAT |
| Plaintiff, | |
| vs. | **ORDER** |
| MAX NICKERSON, individual, | |
| Defendant. | |

This matter having come before the Court on Plaintiff's Motion for Default Judgment, and the Court having reviewed the pleadings, the record, and having considered the issue of the relief to be awarded to Plaintiff United Van Lines, L.L.C., finds that Defendant, Max Nickerson, was served with process and failed to appear and to answer Plaintiff's Complaint within the period allowed by law; that Entry of Default was duly entered by the Clerk of this Court on April 20, 2006; and that United is entitled to monetary relief against Defendant on a sum certain.

The Court notes that Plaintiff has filed its Bill of Costs (Doc. #14). Plaintiff also asks for taxable costs in its motion for default judgment. The Clerk of the Court will determine the amount of taxable costs after default judgment has been entered.

Accordingly,

IT IS HEREBY ORDERED GRANTING Plaintiff's Motion for Default Judgment (Doc. #13) against Defendant Max Nickerson in the following amounts:

1. The principle sum of $4,978.10.

702272

2.    Pre-judgment interest on the principle sum at the rate of 1.55% per annum from May 1, 2004 until the date of the entry of the judgment; and

3.    Post-judgment interest on the principle sum at the rate of 4.95% per annum from the date of the entry of the judgment until paid in full.

Dated this 1st day of June, 2007.

_____
James A. Teilborg
United States District Judge

702258